**DISMISS and Opinion Filed August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00573-CV

**NORDSTROM INC., THOMAS ZAROBAN, JR., AND LAUREN GALE, Appellants**

**V.**

**GOLPAR SIAMAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PARNAZ M. CHEKINI, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00690-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellants' August 22, 2019 unopposed motion to dismiss this appeal.

In the motion, appellants state the parties "have reached a final agreement to fully compromise and settle their differences" in this case. We grant the motion and dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190573F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NORDSTROM INC., THOMAS
ZAROBAN, JR., AND LAUREN GALE,
Appellants

No. 05-19-00573-CV          V.

GOLPAR SIAMAK, INDIVIDUALLY
AND AS INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF
PARNAZ M. CHEKINI, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-00690-D.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Golpar Siamak, Individually and as Independent
Administrator of the Estate of Parnaz M. Chekini recover his costs of this appeal from appellants
Nordstrom Inc., Thomas Zaroban, Jr., and Lauren Gale.

Judgment entered August 26, 2019